## Commonwealth, Appellant, *v.* Helms.

Argued September 13, 1965. *Lewis H. Markowitz,* Assistant District Attorney, with him *Daniel W. Shoemaker,* Dis-

trict Attorney, for Commonwealth, appellant; *Hugh D. Manifold,* for appellee.

Order affirmed.

FLOOD, J., absent.